UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　　　)　Case No. 08mj1079<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) CERTIFICATE OF SERVICE<br>WALDIR FRANCISCO DEOLIVEIRA, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　　　)<br>_____) | |

　　　　　Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

　　　　　United States Attorney's Office
　　　　　880 Front Street
　　　　　San Diego, CA  92101


Dated:  April 9, 2008　　　　　　　　　　　　 /s/  Erick  L.  Guzman
　　　　　　　　　　　　　　　　　　　　　　ERICK L. GUZMAN
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　E-mail: erick_guzman@fd.org