# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    WALDIR DEOLIVEIRA    [1]    08MJ1079
                               []                    []

The Honorable:    RUBEN B. BROOKS

Atty    ERIK GUZMAN OF F.D.             for    [1]    -    PDA

Atty    _____          for    []     -

Atty    AUSA: Michelle Pettit            for    []     -

RBRB08-1: 1032- 1038    6 min

DETENTION HEARING NOT HELD.
MOTION FOR DETENTION - WITHDRAWN.
DEFT WAIVES DETENTION HRG WITHOUT PREJUDICE. ORDER FILED.
DEFT WAIVES ID/REMOVAL HEARING.
WAIVER OF ID/REMOVAL FILED.
WARRANT OF REMOVAL SUBMITTED.
DEFT ORDERED REMOVED F/W TO DISTRICT OF MASSACHUSETTS.

All pend dates - vacated

Date:    4/10/08                                        by    VTL

END OF FORM